UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISA RENEE FIELDS,

          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020

19 Civ. 1423 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 15, of the Honorable James L. Cott, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant's motion for judgment on the pleadings is DENIED, and this matter is REMANDED to the administrative law judge (the "ALJ") pursuant to sentence four of 42 U.S.C. § 405(g). *See* R&R at 48. On remand, the ALJ should develop the record by contacting Plaintiff's treating physicians, Drs. Simons and Guy, to solicit reports clarifying their opinions as to the limitations caused by Plaintiff's impairments on her functional capacities during the period between October 15, 2013 and December 31, 2018. *Id.* After such clarification is obtained, the ALJ should evaluate their opinions in accordance with the treating physician rule, including a discussion, where necessary, of any appropriate reasons for according them less than controlling weight. *Id.*

    The Clerk of Court is directed to terminate the motion at ECF No. 12 and close the case.

    Chambers will mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: June 30, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge