**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ALISA RENEE FIELDS,

                    Plaintiff,                                   19 **CIVIL** 1423 (AT) (JLC)

       -v-                                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 30, 2020, having received no objections to the Report and Recommendation (the "R&R"), ECF No. 15, of the Honorable James L. Cott, the Court reviewed the R&R for clear error and found none; the R&R is adopted in its entirety; Defendant's motion for judgment on the pleadings is denied, and the matter is remanded to the administrative law judge ("the "ALJ") pursuant to sentence four of 42 U.S.C. § 405(g); on remand, the ALJ should develop the record by contacting Plaintiff's treating physicians, Drs. Simons and Guy, to solicit reports clarifying their opinions as to the limitations caused by Plaintiff's impairments on her functional capacities during the period between October 15, 2013 and December 31, 2018; after such a clarification is obtained, the ALJ should evaluate their opinions in accordance with the treating physician rule, including a discussion, where necessary, of any appropriate reasons for according them less than controlling weight; accordingly, the case is closed.

   **Dated:**  New York, New York
            June 30, 2020

                                    **RUBY J. KRAJICK**

                                      **Clerk of Court**

               BY: _____

                              Deputy Clerk